```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL ACTION NO. 2:13-00327

**CHRISTOPHER DON NORMAN**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On September 10, 2020, the United States of America appeared by Andrew J. Tessman, Assistant United States Attorney, and the defendant, Christopher Don Norman, appeared in person and by his counsel, W. Michael Frazier, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Jeffrey D. Bella. The defendant commenced a twenty-eight (28) month term of supervised release in this action on March 2, 2020, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on August 30, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant unlawfully possessed a controlled substance inasmuch as on March 13, 2020, he tested positive for suboxone and methamphetamine and on July 7, 2020, he admitted to the probation officer his use of methamphetamine and marijuana on July 6, 2020; (2) the defendant was directed to participate in drug testing and placed on a urine screen hotline on March 13, 2020, but failed to submit any urine specimens; and (3) the defendant failed to participate in and successfully complete the nine to twelve month Recovery Point residential long-term substance abuse treatment program in that he failed to report to Recovery "U" after being released from custody as ordered by this court and as directed by the probation officer; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE (12) MONTHS and ONE (1) DAY, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 11, 2020

John T. Copenhaver, Jr.
Senior United States District Judge